# EXHIBIT A

**David Colodny**

| | |
|---|---|
| From: | Sonal Desai [sonal.desai@shearman.com] |
| Sent: | Friday, February 17, 2006 3:34 PM |
| To: | Kevin M Doherty, Esq. |
| Cc: | David Colodny |
| Subject: | RE: Documents |
| Attachments: | Third Amended and Restated Agreement.DOC |



Third Amended
nd Restated Agr.

Kevin,

I received the documents from your office today and have reviewed them. I am planning to meet with my clients next week to discuss the documents. I believe we should be able to come to some resolution regarding the March 2003 through April 2005 timeframe within the next two weeks.

As mentioned in my prior emails, the outstanding issue is what records, if any, exist for the timeframe prior to March 2003. On the understanding that your client is attempting to locate any records that may exist prior to March 2003 (and will provide us with a definitive answer shortly), I think it makes sense to extend the tolling agreement by another three weeks to March 10, 2006.

I have attached a third amended and revised tolling agreement and will fax you one with my signature pages shortly.

Let me know if you would like to extend the tolling agreement and if so, please send me a signed copy by facsimile.

Thanks.

(See attached file: Third Amended and Restated Agreement.DOC)

Sonal S. Desai
Shearman & Sterling LLP
(212) 848 7468
(646) 848 7468 (fax)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This communication is not intended to be used, and cannot be used, by the recipient or any other person for the purpose of avoiding United States federal tax penalties that may be imposed on the recipient or such other person. In addition, if any United States federal tax advice contained in this communication is used or referred to in promoting, marketing or recommending any corporation, partnership or other entity, investment plan, concept, structure or arrangement (which should be assumed to be the case by a recipient or other person who is not our client with respect to the subject matter of the communication), then (i) such tax advice should be construed as written to support the promotion or marketing of the transactions or matters addressed by the advice and (ii) the recipient or other person should seek advice based on the recipient or other person's particular circumstances from an independent tax advisor. For further information, please go to http://www.shearman.com/disclaimer/tax_disclosure.html

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This transmittal and/or attachments may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you

are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you have received this transmittal and/or attachments in error, please notify us immediately by reply or by telephone (call us collect at +1 212-848-8400) and immediately delete this message and all its attachments.

Shearman & Sterling LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

*******************************************************************