EXHIBIT C



Urban Justice Center
666 Broadway, 10th floor, New York, NY 10012
Tel: (646) 602-5600 • Fax: (212) 533-4598

# Fax Cover Sheet

To: Kevin Doherty

From: David Colodny

Agency/Company: Joel Greenwald & Assoc.

Sender's Phone # and email:
(646) 459-3006
dcolodny@urbanjustice.org

Fax #: 845-639-0752

Date: 5/10/06

Phone #:

# of Pages (incl. cover): 3

Re: Azzure Deli

cc:

Notes/Comments:

CONFIDENTIALITY NOTE: The information in this facsimile is intended only for the individual or entity named above, and may be (1) subject to the attorney/client privilege, (2) confidential, or (3) otherwise protected from disclosure. If you are not the intended recipient of this facsimile, retention, dissemination, distribution, or copying of this facsimile, or the information herein, is strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone and destroy this copy.



**Urban Justice Center**
666 Broadway, 10th floor, New York, NY 10012
Tel: (646) 602-5600 • Fax: (212) 533-4598
www.urbanjustice.org

Board of Directors

Mitchell A. Lowenthal, Esq.
*Chairman*
Partner
Cleary Gottlieb Steen & Hamilton LLP

Felipe Aransaenz
Managing Director
York Stockbrokers

Michael A. Barasch, Esq.
Partner
Barasch McGarry Salzman & Penson

Pat Budziak
Member
i2 Foundation

Peter Cicchino, Esq.
*In Memoriam* (1960-2000)

Jonathan Cole, Ph.D.
J.M. Mason Professor of the University
Provost & Dean of Faculties, *Emeritus*
Columbia University

Marc Falcone, Esq.
Partner
Paul, Weiss, Rifkind, Wharton & Garrison LLP

Jeffrey D. Haroldson, Esq.
President
HDG Mansur Capital Group, LLC

Helen Hershkoff, Esq.
Professor
New York University School of Law

Raquiba LaBrie, Esq.
Program Director
Open Society Institute

Anna Lefer
Program Officer
Open Society Institute

Stephen Loffredo, Esq.
Professor
CUNY Law School

Christopher J. Meade, Esq.
Partner
Wilmer Cutler Pickering Hale and Dorr LLP

Arnold B. Peinado, III, Esq.
Partner
Milbank, Tweed, Hadley & McCloy LLP

David A. Singleton, Esq.
Executive Director
Prison Reform Advocacy Center

Christopher K. Tahbaz, Esq.
Partner
Debevoise & Plimpton LLP

David Tobis, Ph.D.
Executive Director
Fund for Social Change

Executive Director
Douglas Lasdon, Esq.

May 10, 2006

**VIA FACSIMILE**
Mr. Kevin Doherty, Esq.
Joel Greenwald & Associates, P.C.
151 North Main Street
Post Office Box 490
New City, NY 10956
(845) 639-0752 (fax)

Re:   *Zeferino Ramirez and Natalio De Jesus v. Sang Lee et al.*

Dear Mr. Doherty:

I am writing to follow up on the phone message that I left on your voice mail on May 4th. As I indicated in the message, Sonal Desai has recently left Shearman & Sterling so please direct correspondence on this matter either to Marc Ashley at Shearman & Sterling or to me.

If I understand the most recent communications that occurred between you and Ms. Desai, you had forwarded some information from your clients as to the wages your client claims it paid to Mr. Ramirez for portions of his employment, and to Mr. DeJesus for all of his employment. At this point, we still have not received your clients' position as to the wages paid or hours worked for the remainder of Mr. Ramirez's employment. We also have not received any offer of settlement from your clients.

Based on the information provided to us by our clients and by yours, we continue to believe that your clients have violated the minimum wage and overtime laws, and we are prepared to litigate this matter if necessary. The documents provided by your clients, even if accurate, would still render the deli liable to our clients for overtime premiums at half of their regular rate of pay since the deli paid a fixed weekly wage for a fixed number of hours throughout our clients' employment. *See, e.g.*, 29 C.F.R. § 778.113 (fixed salaries for a fixed workweek). We continue to assert that there are also minimum wage violations for much of Mr. Ramirez's employment, and that assertion is not contradicted by

*individual rights • social change*

any records provided by your clients. In addition, Mr. Ramirez has a spread of hours claim and both clients have a claim for maintenance of uniforms. These claims also are not contradicted by any of your clients' records.

Because the last tolling agreement has expired, we request that your clients enter into an additional tolling agreement for the purposes of trying to settle this matter. If they are not willing to do so, we will file a complaint in the Southern District very shortly. Please let me know before the end of this week whether your clients will enter into a tolling agreement.

In short, our clients remain interested in trying to resolve this matter through a settlement, but in order to do so your clients must state their position as to the hours worked and wages paid, along with their own calculation as to what they believe they owe. We previously provided our calculations to you for settlement purposes, and although we may revise those calculations slightly based on the additional information we have received, the revised calculations will not likely be significantly different.[1] Please contact me at your earliest convenience to discuss any of these matters at (646) 459-3006. I will look forward to hearing from you.

Sincerely,

David A. Colodny
Sr. Staff Attorney

cc: Marc Ashley, Esq., Shearman & Sterling LLP

---

[1] One revision that we will make is to exclude Mr. De Jesus' claims for the period prior to January 2005 as it appears likely that he began working in January rather than September 2004.

**HP OfficeJet K Series K80**
Personal Printer/Fax/Copier/Scanner

**Log** for
Urban Justice Center
(212) 533-2241
May 10 2006 1:32pm

**Last Transaction**

| Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| May 10 | 1:31pm | Fax Sent | 918456390752 | 0:52 | 3 | OK |